NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7059

SANDRA K. HUPP,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 03-1668, Chief Judge William P. Greene.

ON MOTION

Before DYK, <u>Circuit Judge.</u>

<u>O R D E R</u>

Sandra K. Hupp moves without opposition for leave to waive Fed. Cir. R. 30(a)(2)(E)(i) and include in the appendix her briefs filed in the United States Court of Appeals for Veterans Claims in their entirety.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

FOR THE COURT

FEB 24 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 24 2009

JAN HORBALY
CLERK

cc: Sandra Waldorf Wischow, Esq.
Martin F. Hockey, Jr., Esq.
s19